UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KRISTINA E. HERBERT,<br><br>        Plaintiff<br><br>v.<br><br>JOSEPH PERRY, et al.,<br><br>        Defendants | )<br>)<br>)<br>)<br>)   1:21-CV-00334-LEW<br>)<br>)<br>)<br>) |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

Following review of Plaintiff's complaint under the in forma pauperis statute, 28 U.S.C. § 1915(e)(2), the United States Magistrate Judge recommended that Plaintiff's complaint be dismissed for failing to state a claim for which relief may be granted. Recommended Decision After Review of Plaintiff's Complaint (ECF No. 8). The Magistrate Judge notified Plaintiff that failure to object would waive her right to de novo review and appeal. Although Plaintiff has since made a filing, evidently in response to the Recommended Decision, no discernable objection to the Recommended Decision can be found on its pages.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is AFFIRMED and ADOPTED. Plaintiff's complaint is DISMISSED.

**SO ORDERED.**

Dated this 10th day of January, 2022.

                                              /s/ Lance E. Walker
                                        UNITED STATES DISTRICT JUDGE